UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMARTER AGENT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>REDFIN CORPORATION,<br><br>    Defendant. | Case No. 22-cv-04250-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 64 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice.  The Clerk shall close the case.

Dated: October 28, 2022

_____
WILLIAM H. ORRICK
United States District Judge